UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES STANDRIDGE                                                                PLAINTIFFS
Individually and on Behalf of
All Others Similarly Situated
v.                                             No. 4:18-cv-901-JM

ALL PLUMBING PLUS, INC., *et al.*                                               DEFENDANTS

## ORDER

Pending is the parties' joint motion for approval of settlement. (Docket # 15). Upon review, the parties' agreement appears fair, reasonable and adequate. *In re Flight Transp. Corp. Securities Litigation*, 730 F.2d 1128, 1135 (8th Cir. 1984). The settlement appears to be the product of arm's length negotiations and adequately compensates the Plaintiffs for their claims. Further, the attorneys' fees appear reasonable. Accordingly, the settlement is APPROVED. The motion is GRANTED, and this case is dismissed WITH PREJUDICE.

IT IS SO ORDERED this 21th of June, 2019.

_____
James M. Moody Jr.
United States District Judge